# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Assessment & Training Solutions Consulting Corp. | ) ASBCA Nos. 61088, 61395, 61396 |
| | ) |
| Under Contract No. H92240-17-P-0006 | ) |

APPEARANCE FOR THE APPELLANT:  James S. DelSordo, Esq.
Argus Legal, PLLC
Manassas, VA

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Phillip E. Reiman, Esq.
Lt Col Nathaniel H. Sears, USAF
Trial Attorneys

## ORDER OF DISMISSAL

By letter dated 10 January 2018, the parties notified the Board that they have reached a settlement and jointly requested that the appeals be dismissed with prejudice. Accordingly, the above referenced appeals are dismissed with prejudice.

Dated: 23 January 2018

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61088, 61395, 61396, Appeals of Assessment & Training Solutions Consulting Corp., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals